UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GREGORY CLARK,

                Plaintiff,

     v.

REGIONAL ADJUSTMENT BUREAU, INC.,

                Defendant.

Case No. CV 09-265-HA

ORDER OF DISMISSAL

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot.

Dated: May 12, 2009.

                                            MARY MORAN ,
                                            Acting Clerk of Court

                               by   /s/ Jenny Raun
                                            Jenny Raun, Deputy Clerk